COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Houston Independent School District v. Johnyale McDaniel

Appellate case number:    01-22-00680-CV

Trial court case number:  2020-17330

Trial court:                       164th District Court of Harris County

Appellant Houston Independent School District has filed an accelerated appeal from the trial court's September 15, 2022 order denying appellant's plea to the jurisdiction. Appellant has filed a motion to stay trial court proceedings. Appellee Johnyale McDaniel filed a response.

The motion is **granted**. Proceedings in the trial court are **ordered stayed** pending disposition of this appeal. *See* TEX. R. APP. P. 29.3.

It is so ORDERED.


Judge's signature: ___/s/ Peter Kelly_____
                            ☑ Acting individually


Date: October 7, 2022